

**FILED**

MAR 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BOK YEO KIM, AKA Kim Yeo Lee,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-75234<br><br>Agency No. A078-014-209<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted January 12, 2012
San Francisco, California

Before: WALLACE and M. SMITH, Circuit Judges, and RAKOFF, Senior District
Judge.[**]

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The Honorable Jed S. Rakoff, Senior District Judge for the Southern
District Court of New York, sitting by designation.

Bok Yeo Kim petitions for review from a decision of the Board of Immigration Appeals (Board) denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Kim's motion was properly considered by the Board as a motion for reconsideration because it sought "to correct alleged errors of fact or law" by introducing a case decided before Kim filed her opening brief. *See Doissaint v. Mukasey*, 538 F.3d 1167, 1170 (9th Cir. 2008); *see also* 8 U.S.C. § 1229a(c)(6)(C), (c)(7)(B). Kim conceded at oral argument that if the motion was a motion for reconsideration, it was untimely. *See* 8 U.S.C. § 1229a(c)(6)(B). Because the motion was a motion for reconsideration, it was properly denied as untimely.

**PETITION FOR REVIEW DENIED**.